FILED

2008 AUG -6 PM 3:52

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

'08 CR 2590 JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE AVILEZ (1),<br>ROBERTO GUZMAN (2),<br>JESUS CASTILLO (3),<br>Defendants. | Criminal Case No. ____________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Marijuana; Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including July 26, 2008, within the Southern District of California, and elsewhere, defendants JOSE AVILEZ, ROBERTO GUZMAN and JESUS CASTILLO did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import 100 kilograms and more, to wit: approximately 482.80 kilograms (1,062.16 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

CEK:nlv:San Diego
8/5/08

Count 2

On or about July 26, 2008, within the Southern District of California, defendants JOSE AVILEZ, ROBERTO GUZMAN and JESUS CASTILLO did knowingly and intentionally import 100 kilograms and more, to wit: approximately 482.80 kilograms (1,062.16 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

Count 3

Beginning at a date unknown to the grand jury and continuing up to and including July 26, 2008, within the Southern District of California, and elsewhere, defendants JOSE AVILEZ, ROBERTO GUZMAN and JESUS CASTILLO did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 100 kilograms and more, to wit: approximately 482.80 kilograms (1,062.16 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

//

//

//

//

//

//

//

//

Count 4

On or about July 26, 2008, within the Southern District of California, defendants JOSE AVILEZ, ROBERTO GUZMAN and JESUS CASTILLO did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 482.80 kilograms (1,062.16 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: August 6, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney