KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California 92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS CASTILLO (3),<br>Defendant. | **GOVERNMENT'S MOTION FOR ORDER SHORTENING TIME**<br>CASE NO. 08CR2590-JLS<br>JUDGE: HON. JANIS L. SAMMARTINO<br>COURT: COURTROOM 6<br>DATE: SEPTEMBER 5, 2008<br>TIME: 1:30 p.m. |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, and requests an order shortening time to September 2, 2008 to file its response in opposition to Defendant's motions and Motion for Reciprocal Discovery.

The basis for the present motion is that Government counsel was out of town from August 20, 2008 through September 1, 2008, and did not receive Defendant's motion until returning on September 2, 2008.

Dated: September 2, 2008

KAREN P. HEWITT
United States Attorney

s/Christopher P. Tenorio
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS CASTILLO (3),<br>Defendant. | **CERTIFICATE OF SERVICE**<br>CASE NO. 08CR2590-JLS<br>JUDGE: HON. JANIS L. SAMMARTINO<br>COURT: COURTROOM 6 |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **MOTION FOR ORDER** on **Defendant's counsel** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies Defendant's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2008

Respectfully submitted,

s/Christopher P. Tenorio
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney