UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS CASTILLO (3),<br>Defendant. | **ORDER TO SHORTEN TIME**<br>CASE NO. 08CR2590-JLS<br>JUDGE: HON. JANIS L. SAMMARTINO<br>COURT: COURTROOM 6 |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Government may file its response in opposition to Defendant's motions and motion for reciprocal discovery on September 2, 2008.

DATED: September 4, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge